NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MAURY MICROWAVE, INC.,**
*Plaintiff-Appellee,*

v.

**FOCUS MICROWAVES, INC., (also known as Focus Micro Ondes Inc.),**
*Defendant-Appellant.*

---

2013-1006

---

Appeal from the United States District Court for the Central District of California in No. 10-CV-3902, Judge Margaret M. Morrow.

---

**JUDGMENT**

---

DARREN M. FRANKLIN, Sheppard, Mullin, Richter & Hampton LLP, of Los Angeles, California, argued for plaintiff-appellee. With him on the brief were GARY A. CLARK and ANDREW T. KIM.

MICHAEL R. ANNIS, Husch Blackwell LLP, of St. Louis, Missouri, argued for defendant-appellant. With him on the brief was JOANN T. SANDIFER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (RADER, *Chief Judge,* CLEVENGER, and MOORE, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| | |
|---|---|
| August 13, 2013 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk |